IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENJIT KALSI, et al., | No. 10-02438 CW |
|     Plaintiffs, | ORDER ON DEFENDANT'S MOTION TO DISMISS |
|   v. | |
| WACHOVIA BANK, | |
|     Defendant. | |

    On June 8, 2010, Defendant Wachovia Bank filed a motion to dismiss all of the claims asserted against it.  The opposition to this motion was due July 1, 2010.  Plaintiffs have not filed an opposition.  If Plaintiffs do not file an opposition by July 22, 2010, the case will be dismissed for failure to prosecute.  If Plaintiffs file an opposition, Defendant's reply will be due one week thereafter and the matter will be taken under submission and decided on the papers.  The hearing scheduled for July 22, 2010 is vacated.

    IT IS SO ORDERED.

Dated: 07/19/10

                                                        CLAUDIA WILKEN
                                                      United States District Judge